```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 15940
   NEDRA I JOHNSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-6505


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/04/2006 and was confirmed 02/14/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/18/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------
ACC CONSUMER FINANCE L    SECURED VEHIC    17089.25            126.38         694.57
ACC CONSUMER FINANCE L    UNSECURED        NOT FILED             .00            .00
ACC CONSUMER FINANCE LLC  NOTICE ONLY      NOT FILED             .00            .00
AMC MORTGAGE SERVICES     CURRENT MORTG         .00              .00            .00
AMC MORTGAGE SERVICES     MORTGAGE ARRE         .00              .00            .00
AMC MORTGAGE SERVICES     NOTICE ONLY      NOT FILED             .00            .00
AMC MORTGAGE SERVICES     NOTICE ONLY      NOT FILED             .00            .00
DARLENE HALE              SECURED           5000.00              .00         249.99
ASSET ACCEPTANCE LLC      UNSECURED          173.16              .00            .00
CAPITAL ONE               UNSECURED         1037.56              .00            .00
MICHIGAN GUARANTY         UNSECURED         1557.67              .00            .00
FLORIDA RENTAL BUREAU     UNSECURED          858.99              .00            .00
SYSTEMS SVCS UNION ACCEP  UNSECURED         7816.62              .00            .00
ECMC                      UNSECURED         5013.25              .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY            38.61              .00            .00
ILLINOIS DEPT OF REVENUE  UNSECURED          257.75              .00            .00
LEDFORD & WU              DEBTOR ATTY      2,000.00                           313.07
TOM VAUGHN                TRUSTEE                                              85.99
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              1,470.00

PRIORITY                                          .00
SECURED                                        944.56
   INTEREST                                    126.38
UNSECURED                                         .00
ADMINISTRATIVE                                 313.07
TRUSTEE COMPENSATION                            85.99

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 15940 NEDRA I JOHNSON
```

```
DEBTOR REFUND                                                              .00
                                        ---------------      ---------------
TOTALS                                         1,470.00             1,470.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
   Dated: 10/22/07                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE